ORIGINAL

FILED

11/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0137

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0137

SHELBY BRYAN RAGNER,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

NOV 29 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

On November 3, 2022, Appellant Shelby B. Ragner filed a petition for rehearing in the above-entitled matter. Appellee objected to the petition and filed a response.

This Court generally will grant rehearing on appeal only if our initial decision overlooked some fact material to the decision, overlooked a question presented that would have proven decisive to the case, or if the decision conflicts with a statute or controlling decision not addressed by the Court. M. R. App. P. 20(1)(a)(i-iii).

Upon review, the Court did not overlook a question presented by counsel or a fact material to the question of consent, and properly applied the "Rape Shield Statute," § 45-5-511(2), MCA. Further, the Court's decision regarding the jury instructions does not conflict with controlling precedent or statute.

Therefore, having considered the petition and response from Appellee,

IT IS ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this ⌐9 day of November, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices